# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY WELLS
AND KELVIN WELLS

NO.   2026 CW 0057

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER, ET
AL

**MAY 4, 2026**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          719275.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

     **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

              **SMM**
              **BDE**
              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT